# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA GONYON,<br><br>      Plaintiff,<br><br>vs.<br><br>VINEYARD RESIDENTIAL LLC f/k/a VINEYARDS APARTMENTS, INC. and SENTINEL REAL ESTATE CORPORATION d/b/a THE VINEYARDS,<br><br>      Defendants | CIVIL ACTION FILE<br><br>NO. 2:22-cv-2712<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendants Vineyard Residential LLC f/k/a Vineyards Apartments Inc. and Sentinel Real Estate Corporation (i/p/a "Sentinel Real Estate Corporation d/b/a The Vineyards") (collectively, "Defendants") by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, hereby file this Notice of Removal of the above-styled action from the Circuit Court for Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee, respectfully showing this Honorable Court as follows:

1. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached all process, pleadings, and other documents served upon them in the State Court Action to this Notice of Removal. (*See* **Exhibit A**).

2. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action because there is complete diversity of citizenship between the Plaintiff and Defendants.

3. Plaintiff's Complaint alleges that Plaintiff, Angela Gonyon, is a citizen and resident of Henry County, Georgia.

1

4. Plaintiff's Complaint alleges that Defendant Vineyard Residential LLC f/k/a Vineyard Apartments, Inc. is a Delaware Limited Liability Company with a principal office located in New York, New York. None of its members are residents of Georgia.

5. Plaintiff's Complaint alleges that Defendant Sentinel Real Estate Corporation is a New York Corporation with its principal place of business located in New York, New York.

6. On July 5, 2022, Plaintiff filed her Complaint in the Circuit Court of Shelby County, Tennessee, styled as *Angela Gonyon v. Vineyard Residential, LLC f/k/a Vineyards Apartments, Inc. and Sentinel Real Estate Corporation d/b/a The Vineyards*, Civil Action No.: CT-2700-22 (the "State Court Action"). (*See* Complaint and Summons attached as **Exhibit A**).

7. In her Complaint, Plaintiff prays for damages in the amount of Five Hundred Thousand Dollars ($500,000.00).

8. Defendant Sentinel Real Estate Corporation was served with the State Court Action on September 23, 2022.

9. Defendant Vineyard Residential LLC f/k/a Vineyards Apartments, Inc. was served with the State Court Action on September 23, 2022.

10. It is uncontroverted that diversity of the parties exists, and that the amount in controversy exceeds $75,000.00 in this case. Consequently, diversity jurisdiction exists in this case pursuant to 28 U.S.C. § 1332(a) and within thirty days of service of the State Court Action, Defendants Vineyard Residential LLC f/k/a Vineyards Apartments Inc. and Sentinel Real Estate Corporation d/b/a The Vineyards remove this matter from the Circuit Court for Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee.

11. All Defendants hereby consent to the removal of this matter from the Circuit Court for Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee.

12. Pursuant to 28 U.S.C. § 1446(d), Defendants hereby certify that they have notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the Circuit Court for Shelby County, Tennessee, which will send notifications of same to Plaintiff's counsel and by mailing a copy to Plaintiff's counsel via Certified Mail, Return Receipt Requested. (*See* Notice of Filing Notice of Removal, attached as **Exhibit B**).

WHEREFORE, Defendants Vineyard Residential LLC f/k/a Vineyards Apartments Inc. and Sentinel Real Estate Corporation (i/p/a "Sentinel Real Estate Corporation d/b/a The Vineyards") respectfully request that the United States District Court for the Western District of Tennessee effectuate removal of this case.

Respectfully submitted, this 18th day of October, 2022

          **WILSON ELSER MOSKOWITZ**
          **EDELMAN & DICKER, LLP**

          */s/ James Burd*
          James Burd, Esq.
          BPR No. 034940
          Megan R. Calme, Esq.
          BPR No. 038145
          100 Mallard Creek Road Suite 250
          Louisville, Kentucky 40207
          502.238.8500 (Main)
          502.238.7995 (Fax)
          james.burd@wilsonelser.com
          megan.calme@wilsonelser.com
          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing NOTICE OF REMOVAL was electronically filed with the Court using the CM/ECF system and was served by Certified Mail, Return Receipt Requested, to the following

David N. Arnold  
5100 Poplar Avenue, Suite 2008  
Memphis, TN 38137  
Phone: (901) 591-8800  
Fax: (888) 492-4905  
(e): darnold@gentryarnold.com  
*Attorneys for Plaintiff*

Respectfully submitted this 18th day of October, 2022

                                                            */s/ James Burd*
                                                            _____
                                                            James Burd